IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| BANK MERIDIAN, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:09-cv-594-MBS |
| | ) | |
| vs. | ) | |
| | ) | |
| MOTOR YACHT "IT'S 5'OCLOCK SOMEWHERE" Official Number 1073764, her engines, bowspirit, anchor, cables, chains, rigging, tackle, apparel, furniture and all accessories hereunto appertaining and belonging to her, *in rem*, and PAINTER'S ALLEY YACHTS, LLC, GREGORY L. WILLIAMS, DEBRA J. WILLIAMS, AND TERRY G. LANFORD, *in personam*, | ) ) ) ) ) ) ) ) ) ) | **ORDER AND OPINION** |
| | ) | |
| Defendants. | ) | |

The court having been advised that Plaintiff Bank Meridian, N.A. has settled with Defendant Terry G. Lanford,

**IT IS ORDERED** that the action is hereby dismissed as to Defendant Terry G. Lanford without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the court to reopen the action and restore it to the calendar. Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the court to enforce the settlement. Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978).

**IT IS SO ORDERED.**

s/ Margaret B. Seymour
Margaret B. Seymour
United States District Judge

Columbia, South Carolina
February 10, 2011